IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHRISTOPHER JARROD WALLES, | |
|---|---|
| Plaintiff, | 4:18CV3107 |
| vs. | |
| SONY MUSIC ENTERTAINMENT, PARAMOUNT PICTURES, UNIVERSAL MUSIC GROUP, and WARNER MUSIC GROUP, | **ORDER TO SHOW CAUSE** |
| Defendants. | |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on August 7, 2018. (Filing No. 1). More than 90 days has elapsed since the Complaint was filed. Although Plaintiff was issued summons, to date, Plaintiff has not filed any return of service indicating service on the defendants, a waiver of service has not been filed, and the defendants have not entered a voluntary appearance. Accordingly,

**IT IS ORDERED** that on or before **November 26, 2018**, Plaintiff shall file proof that it served the defendants within 90 days after the complaint was filed or otherwise show good cause why this court should extend the time for service for an appropriate period. Failure to comply with this order shall result in dismissal of this action pursuant to Federal Rule of Civil Procedure 4(m) without further notice.

Dated this 6th day of November, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge