IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHRISTOPHER JARROD WALLES, | |
|---|---|
| Plaintiff, | 4:18CV3107 |
| vs. | |
| SONY MUSIC ENTERTAINMENT, PARAMOUNT PICTURES, UNIVERSAL MUSIC GROUP, and WARNER MUSIC GROUP, | ORDER |
| Defendants. | |

Before the Court is the Findings and Recommendation of United States Magistrate Judge Michael D. Nelson, Filing No. 10, recommending that this Court dismiss defendants Sony Music Entertainment, Paramount Pictures, Universal Music Group, and Warner Music Group for failure of service pursuant to Federal Rule of Civil Procedure 4(m).

No objection has been filed to the Findings and Recommendation. The Court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

(1) The Findings and Recommendation, Filing No. 10, is adopted in its entirety; and

(2) Defendants Sony Music Entertainment, Paramount Pictures, Universal Music Group, and Warner Music Group are dismissed, without prejudice, for plaintiff's failure of service.

Dated this 1st day of February, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge